Argued and submitted October 18, reversed and remanded for award of temporary and total disability benefits December 4, 1991

In the Matter of the Compensation of
Michael J. Eby, Claimant.

Michael J. EBY,
*Petitioner,*

*v.*

R. L. HOLLENBECK & SON
and SAIF Corporation,
*Respondents.*

(89-04768; CA A67957)

820 P2d 1380

Michael D. Royce, Portland, argued the cause for petitioner. With him on the brief were Daina Upite and Royce, Swanson & Thomas, Portland.

Thomas E. Ewing, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

In this workers' compensation case, employer concedes that the Board erred in denying claimant temporary total disability benefits from August 25, 1987, to June 29, 1988.

Reversed and remanded for an award of temporary total disability benefits.